UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOWNSHIP OF FRUITPORT,                      )
                        Plaintiff,          )
                                            )        No. 1:26-cv-813
-v-                                         )
                                            )        Honorable Paul L. Maloney
MATTHEW J. CREHAN,                          )
                        Defendant.          )
                                            )

## JUDGMENT

The court has remanded this matter for lack of subject matter jurisdiction.  Therefore,

**JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:    March 18, 2026                      /s/  Paul L. Maloney
                                             Paul L. Maloney
                                             United States District Judge